**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000105
19-MAY-2022
07:47 AM
Dkt. 71 ODMR**

NO. CAAP-18-0000105

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CHRISTOPHER SALEM, Requestor-Appellant, v.
THE COUNTY OF MAUI; THE COUNTY OF MAUI, by and
through WILLIAM SPENCE, as DIRECTOR OF PLANNING, and
BRIAN BILBERRY, DEPUTY CORPORATION COUNSEL WITH THE
DEPARTMENT OF CORPORATION COUNSEL, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 17-1-0208)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, C.J., and Wadsworth and Nakasone, JJ.)

Upon consideration of the May 10, 2022 Motion for Reconsideration filed by self-represented Requestor-Appellant Christopher Salem (**Appellant**), the papers in support, and the record, and the May 11, 2022 "Letter to the Honorable Court" filed by Appellant, which we construe as a motion for leave to file the Motion for Reconsideration one day late (**Motion for Leave**), and the papers in support, it appears that:

(1) Appellant requests reconsideration of this court's Summary Disposition Order, filed on April 29, 2022;

(2) Appellant did not file the Motion for Reconsideration on or before May 9, 2022, *i.e.*, within ten days after the filing of the Summary Disposition Order, as required by Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40;

(3) Appellant requests that we accept the late-filed Motion for Reconsideration due to electronic "filing challenges"

that Appellant encountered on the evening of May 9, 2022, and in light of his self-represented status; and

(4) This court did not overlook or misapprehend any point of law or fact when it issued its April 29, 2022 Summary Disposition Order.  <u>See</u> HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Leave is granted.

IT IS FURTHER ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawai‘i, May 19, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge